# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

RUSSELL ROBINSON,

    Petitioner,

vs. : CIVIL ACTION NO.: CV210-036

ANTHONY HAYNES, Warden,

    Respondent.

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Petitioner Russell Robinson ("Robinson") asserts that his claim is properly brought under 28 U.S.C. § 2241, and should not have been construed as a civil rights claim. However, Robinson's support for his Objection is that his Eighth Amendment right to be free from cruel and unusual punishment is being violated because the Jesup facility is too crowded. Plaintiff cites Rhodes v. Chapman, 452 U.S. 337 (1981), as holding that his claim is properly brought under 28 U.S.C. § 2241. However, Rhodes was brought as a cause of action under 42 U.S.C. §1983, and makes no mention of § 2241. See id. Robinson's claim properly falls within the purview of 28 U.S.C. § 1331 and Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).

Robinson's Objections to the Magistrate Judge's Report and Recommendation are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Robinson's Petition is **DISMISSED**. The Clerk of Court is directed to enter the appropriate Judgment of dismissal.

**SO ORDERED**, this 30 day of August, 2010.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA